IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ALABAMA

NORTHEASTERN DIVISION

FILED

98 MAY 15 PM 2:45

U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. CV 98-S-0725-NE ) |
| WILLIAM T. BLANTON, JR., | ) ) |
| Defendant. | ) |

ENTERED

MAY 1 5 1998

## FINDINGS AND CONCLUSIONS

This cause coming on to be heard on the written motion of Plaintiff, supported by affidavit, for Judgment by Default in favor of Plaintiff and against Defendant William T. Blanton, Jr., pursuant to Rule 55, Federal Rules of Civil Procedure, the Court makes the following findings and conclusions:

1. The Summons and Complaint were served upon Defendant William T. Blanton, Jr., on April 13, 1998; Defendant has failed to appear, plead, or otherwise defend.

2. Defendant is not an infant or incompetent person, nor has Defendant been in the military service of the United States since the filing of this suit or for a period of six months prior to such filing.

3. Defendant is indebted to Plaintiff in the principal sum of $1,000.00, and U.S. Marshal costs of $100.30.

4. Plaintiff is due to recover from Defendant the total sum of $1,100.30, and interest at the prevailing legal rate per annum until paid in full. An abstract of judgment will be entered accordingly.

Done this the __15th__ day of May, 1998.

_____
UNITED STATES DISTRICT JUDGE